IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02028-PSF-PAC

MARK EVERS,

      Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO,
GEORGIA LESH-LAURIE; and
W. JAMES SMITH,

      Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that good cause having been shown, Plaintiff's Motion to Take Additional Depositions [filed May 25, 2005] is **GRANTED** as follows:

      Plaintiff may take an additional two depositions.

Dated:  June 23, 2005