IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-2028-PSF-PAC

MARK EVERS,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
GEORGIA LESH-LAURIE;
W. JAMES SMITH; and
JAMES SHORE,

Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
_____

THIS MATTER, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw (Dkt. # 85) and the file, having considered said motion, and being fully advised in the premises, hereby:

ORDERS that the Unopposed Motion to Withdraw is GRANTED and Wendy J. Shea is permitted to withdraw as counsel of record in this matter.  Sonja S. McKenzie will continue to represent Defendants Lesh-Laurie and W. James Smith as counsel of record.

The Court notes that defendants' motion is signed by Sonja S. McKenzie on behalf of Senter Goldfarb & Rice, as "Attorneys for Defendant The City of Montrose, Colorado," but assumes this is in error.  There is no need to re-file Ms. Shea's motion to withdraw.

DATED:  August 8, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge