IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02028-PSF-PAC

MARK EVERS,

    Plaintiff(s),

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO,
GEORGIA LESH-LAURIE; and
W. JAMES SMITH,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Vacate and Reschedule Motions Hearing [filed September 9, 2005] is **granted in part** and **denied in part** as follows:

    The Motions Hearing set for one and one -half hours on September 29, 2005 is ***vacated and reset*** to **October 20, 2005 at 9:00 a.m., in Courtroom A501.** Counsel are to meet and confer from **8:00 a.m. to 9:00 a.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

    IT IS **ORDERED** that defendants' responses to plaintiff's Motion to Compel [filed September 15, 2005] are due on or before **October 11, 2005.**

    IT IS **ORDERED** that a hearing on Plaintiff's Motion to Compel shall also be held on **October 20, 2005 at 9:00 a.m.**

    IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for September 20, 2005 is ***vacated and reset*** to **October 18, 2005 at 8:30 a.m.** in Courtroom A501. The proposed Pretrial Order is due on or before **October 13, 2005.**

Plaintiff's counsel is warned that her failure to comply with the Court's Electronic Filing Procedures, Page 15, concerning the submission of proposed orders, may result in the imposition of sanctions.

Dated: September 16, 2005