IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02028-PSF-PAC

MARK EVERS,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
GEORGIA LESH-LAURIE;
W. JAMES SMITH; and
JAMES SHORE,

    Defendants.

## ORDER RESETTING MOTIONS HEARING

Plaintiff's Motion to Vacate and Reschedule Motions Hearing (Dkt. # 116) is GRANTED. The hearing currently set for 9:30 a.m. on September 29, 2005 is RESET to **8:00 a.m.** on September 29.

DATED: September 28, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge