IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02028-PSF-PAC

MARK EVERS,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
GEORGIA LESH-LAURIE;
W. JAMES SMITH; and
JAMES SHORE,

    Defendants.

### ORDER TO RESET FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. It is ORDERED that the final trial preparation conference currently set for January 19, 2006 at 8:30 a.m. is RESET to January 19, 2006 **at 1:30 p.m.**

DATED: January 11, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge