IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 04-cv-02028-PSF-PAC

MARK EVERS,

 Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO;
GEORGIA LESH-LAURIE, in her individual and official capacities;
W. JAMES SMITH, in his individual and official capacities and
JAMES SHORE, in his official capacity,

 Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF A SUPERSEDEAS BOND AND FOR STAY OF EXECUTION

---

  This matter is before the Court pursuant to the Plaintiff's Motion for Approval of a Supersedeas Bond and for Stay of Execution ( Dkt. #195).  Good cause having been shown:

  It is ORDERED that Plaintiff will post a check in the amount of $4,769.29 with the Clerk of the Court on or before **March 7, 2006**, as security for the costs awarded to Defendants.   It is FURTHER ORDERED that execution is stayed until completion of Plaintiff's appeal to the Tenth Circuit Court of Appeals.

  DATED: February 24, 2006

              BY THE COURT:

              *s/ Phillip S. Figa*
              _____
              Phillip S. Figa
              United States District Judge