IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Phillip S. Figa

Civil Action No. 04-cv-02028-PSF-PAC

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

    Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

    Defendant.

_____

## ORDER
_____

    Angela D. Devine's Motion to Withdraw **(Dkt. # 200)** is GRANTED.  It is therefore

    ORDERED that Angela D. Devine is no longer counsel of record for Defendants Georgia Lesh-Laurie and W. James Smith, in thier individual capacites, effective immediately.

    Defendants Georgia Lesh-Laurie and W. James Smith will continue to be represented by Sonja S. McKenzie of Senter Goldfarb & Rice, L.L.C.

    All further motions filed in this case must have a proposed order attached, in compliance with ECF Procedures V.L.a.

    DATED April 28, 2006.

                                    BY THE COURT:

                                    *s: Phillip S. Figa*
                                    Phillip S. Figa
                                    United States District Judge