IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 04-cv-02028-MSK

MARK EVERS,

    Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF COLORADO, actually named as The Regents of the University of Colorado; a body corporate;
GEORGIA LESH-LAURIE, in her official capacity;
W. JAMES SMITH, in his official capacity;
W.(I) JAMES SMITH, in his individual capacity;
JAMES SHORE,
GEORGE (I) LESH-LAURIE, in her individual capacity;
DENVER PUBLISHING COMPANY, doing business as Rocky Mountain News,

    Defendants,

JULIE POPPEN,

    Interested Party.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Tuesday, January 22, 2008,** at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the issues remaining after the remand from the Tenth Circuit Court of Appeals and to set a trial date.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and

any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 9th day of January, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge