IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 04-cv-02028-MSK-KLM

MARK EVERS,

    Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF COLORADO, and
ROY WILSON, M.D., in his official capacity,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal with Prejudice (Motion) **(#252)** filed September 8, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 9th day of September, 2008.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge